IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Adrian Tileeka Gant, | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No. 9:17-cv-1873-TMC |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | ) **ORDER** |
|         Defendant. | ) |

Plaintiff, Adrian Tileeka Gant, brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her claim for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") pursuant to the Social Security Act. (ECF No. 1). This matter is before the court for review of the Report and Recommendation ("Report") of the United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(a) (D.S.C.). (ECF No. 19). The Report recommends that the court affirm the Commissioner's decision denying Gant's claim for DIB and SSI benefits. *Id*. at 20. On January 3, 2019, Plaintiff, who is represented by counsel, filed a notice of her intent not to file any objections to the Report. (ECF No. 23).

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). In the absence of objections, this court is not required to provide an explanation for adopting the Report. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

After a thorough and careful review of the record, the court adopts the Report of the Magistrate Judge (ECF No. 19), which is incorporated herein by reference. Accordingly, the Commissioner's final decision is **AFFIRMED.**

**IT IS SO ORDERED.**

                                                       s/Timothy M. Cain
                                                      Timothy M. Cain
                                                      United States District Judge

Anderson, South Carolina
February 29, 2019